# UNITED STATES NAVY-MARINE CORPS
## COURT OF CRIMINAL APPEALS
## WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, S.A. DOMINGUEZ**
**Appellate Military Judges**

### UNITED STATES OF AMERICA

v.

### LAWRENCE S. NEWMAN
### YEOMAN SECOND CLASS (E-5), U.S. NAVY

### NMCCA 201500352
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 27 July 2015.
**Military Judge**: CAPT Robert J. Crow, JAGC, USN.
**Convening Authority**: Commanding Officer, Fleet Air Reconnaissance Squadron FOUR, Tinker Air Force Base, OK.
**Staff Judge Advocate's Recommendation**: LCDR Katherine Worstell, JAGC, USN.
**For Appellant**: CAPT Bree A. Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

### 21 January 2016

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court